## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLTEC DECOMMISSIONING INTERNATIONAL, LLC,<br>1 Holtec Blvd.<br>Camden, NJ  08104<br><br>       Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>**Serve:**<br><br>    Civil Process Clerk<br>    Office of the United States Attorney for the<br>    District of Columbia<br>    601 D Street, NW<br>    Washington, DC  20530<br><br>    Merrick Garland<br>    Attorney General of the United States<br>    950 Pennsylvania Ave., NW<br>    Washington, DC  20530<br><br>    U.S. Department of Energy<br>    FOIA Requester Service Center<br>    1000 Independence Ave., SW<br>    Washington, DC 20585<br><br>       Defendant. | Civil Action No. _____ |

### COMPLAINT FOR INJUNCTIVE RELIEF
(Freedom of Information Act)

For its complaint against the U.S. Department of Energy ("DOE"), Plaintiff Holtec Decommissioning International, LLC ("Plaintiff") alleges as follows:

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to enjoin DOE from improperly withholding agency records and to order the production of all improperly withheld agency records.

2. The records are responsive to Plaintiff's FOIA Request submitted to DOE via email on May 16, 2024.

3. DOE has failed to produce responsive records.

## Parties

4. Plaintiff is a Delaware limited liability company with principal place of business in Camden, New Jersey.

5. DOE is an agency of the United States of America under 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 551(1).

## Jurisdiction and Venue

6. This Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

7. Venue is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

## Background

8. On May 16, 2024, Plaintiff submitted its FOIA request to DOE via email. This FOIA request ("the Request") seeks records regarding Fort St. Vrain and Idaho National Laboratory. A true and correct copy of the Request is attached as Exhibit A.

9. In a letter dated May 22, 2024, DOE acknowledged receipt, identifying the Request as HQ-2024-01955-F. In that letter, DOE provided an interim response indicating that it was partially transferring the Request to DOE's Idaho Operations Office (ID) and assigning

another portion of the Request to DOE's Office of Environmental Management (EM). A true and correct copy of the May 22, 2024 response letter is attached as Exhibit B.

10. On May 30, 2024, Plaintiff's counsel, Lisa Himes, emailed the ID FOIA officer, Anna Christensen, asking to discuss the status of the Request. A true and correct copy of the May 30, 2024 email is attached as Exhibit C.

11. In response to Ms. Himes' request, on June 3, 2024, Ms. Himes and Ms. Christensen emailed regarding a conference call to discuss the Request. A true and correct copy of the June 3, 2024 emails are attached as Exhibit D.

12. Also, on June 3, 2024, Ms. Christensen sent a separate email to Ms. Himes indicating that the ID was reviewing the Request. A true and correct copy of the June 3, 2024 email from Ms. Christensen is attached as Exhibit E.

13. The next day, June 4, 2024, the parties conferred regarding the Request on a conference call.

14. Plaintiff has not received any determination from DOE.

15. Accordingly, DOE has not made a determination on the Request within the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i). *See also* 5 U.S.C. § 552(a)(6)(A)(ii)(I).

## COUNT I - FAILURE TO COMPLY WITH FOIA

16. Plaintiff incorporates each of the foregoing paragraphs of this Complaint.

17. Pursuant to FOIA, 5 U.S.C. § 552(a), Plaintiff has a statutory right to access the requested agency records.

18. DOE has failed to comply with the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).

19. DOE has improperly withheld agency records responsive to Plaintiff's FOIA Request.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment for Plaintiff and award the following relief:

a. Enjoin DOE from withholding the requested records and order DOE to produce those records to Plaintiff in accordance with FOIA, 5 U.S.C. § 552;

b. Expedite the proceedings in this action;

c. Award Plaintiff its costs and attorney's fees reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

d. Award Plaintiff such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: June 20, 2024

/s/ Lisa Norrett Himes
Lisa Norrett Himes (DC Bar No. 464089)
Rogers Joseph O'Donnell, PC
1500 K Street, NW, Suite 800
Washington, DC  20005
Tel:  (202) 777-8953
Fax:  (202) 347-8429

*Attorney for Plaintiff*