# EXHIBIT A

202.777.8950 (t)
202.347.8429 (f)
1500 K Street, NW, Suite 800
Washington DC 20005

415.956.2828 (t)
415.956.6457 (f)
www.rjo.com
Robert Dollar Building
311 California Street, 10th Flr.
San Francisco CA 94104

ROGERS JOSEPH O'DONNELL
Lisa N. Himes
(202) 777-8953
lhimes@rjo.com

May 16, 2024

**Via Email**

FOIA Request Service Center
1000 Independence Avenue, SW
Mail Stop MA-46
Washington, DC 20585
FOIA-Central@hq.doe.gov

**Re: Freedom of Information Act Request**

To Whom It May Concern:

On behalf of client, Holtec Decommissioning International, LLC, Rogers Joseph O'Donnell, PC makes this request for the records described below pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

We request that you adhere to the time limitations set forth in 5 U.S.C. § 552(a)(6)(A). We also ask that you forward information related to any individual request without waiting until all records are located (i.e., please provide records on a rolling basis). If you determine that a record contains material exempt from disclosure, please review it for possible discretionary disclosure. In addition, we request that you produce any and all segregable portions of the record in question. Please notify me when responsive records are either furnished or specifically identified and denied for release. If no records exist for any request, please provide written confirmation of same.

We further request that, pursuant to 5 U.S.C. § 552(a)(3)(B), your agency produce responsive documents in the native electronic format in which the document was created. To the extent that your agency is unable to produce the responsive documents in the requested format, we request that your agency confirm that the record does not exist in native format and produce the documents in the following format, listed in accordance with our preference: 1) PDF format; or 2) paper copy. While the burden is on the government to produce all documents within the required time period, we are willing to discuss and agree upon the means and sequence of production to facilitate government compliance with the law.

To the extent that you determine that any subject document will not be disclosed because it meets any of the criteria in the FOIA for nondisclosure, you are requested to

identify such documents in accordance with the requirements of *Vaughn v. Rosen*, 523 F.2d 1136 (D.C. Cir. 1975). Additionally, if you determine that any subject document will not be disclosed because it is classified in accordance with document classification procedures of your Department, request is hereby made that such document be declassified or redacted sufficiently to enable useful review and inclusion of its identifying characteristics under *Vaughn v. Rosen*.

**REQUESTED DOCUMENTS**

Please provide the following records to the undersigned:

**Fort St. Vrain**

1. All records from January 1, 2020 to the present regarding the costs incurred and/or paid by the U.S. Department of Energy ("DoE") to CH2M-WG Idaho, LLC ("CWI") and other contractors for spent nuclear fuel storage and management at the Fort St. Vrain Independent Spent Fuel Storage Installation ("ISFSI") (hereinafter "Fort St. Vrain ISFSI") located near Platteville, Colorado.

   Such costs include but are not limited to costs for fuel storage containers, canisters, and casks, including transportation casks (e.g., TN-FSV transportation casks); insurance; planning for the transport of the remaining spent nuclear fuel from the Fort St. Vrain ISFSI to the Idaho National Laboratory ("INL"); Nuclear Regulatory Commission ("NRC") and other regulatory fees; ISFSI operations and maintenance activities; aging management; security; and any costs incurred for delays or rework experienced by the contractor(s) or vendor(s).

2. The Fort St. Vrain Settlement Agreement entered into on or about February 9, 1996 between the DoE and the Public Service of Colorado ("PSC") (hereinafter "Fort St. Vrain Settlement Agreement") related to the DoE taking title to the spent nuclear fuel, spent nuclear fuel casks/containers, and the Fort St. Vrain ISFSI, including but not limited to any exhibits, appendices, modifications, and/or amendments.

3. All records from January 1, 2020 to the present regarding the DoE payments to the PSC under the Fort St. Vrain Settlement Agreement, including but not limited to payments for the spent nuclear fuel, casks/containers, and the Fort St. Vrain ISFSI, along with any delay and/or escalation payments.

4. All records from January 1, 2020 to the present regarding the DoE projected future expenses under the Fort St. Vrain Settlement Agreement, including but not limited to any formal or informal reports, memoranda, summaries, calculations, estimates, proposals, and/or budgetary documents.

**Idaho National Laboratory**

5. All records from January 1, 2020 to the present regarding the costs incurred and/or paid by the DoE to contractors for spent nuclear fuel storage and management at the INL. Such costs include but are not limited to costs for fuel storage containers, canisters, and casks, including transportation casks (e.g., TN-FSV transportation casks); insurance; NRC and other regulatory fees; DOE/contractor oversight activities not regulated by the NRC; operations and maintenance activities; aging management; security; and any costs incurred for delays or rework experienced by the contractor(s) or vendor(s).

6. All records from January 1, 2020 to the present regarding the transfer of spent nuclear fuel from wet storage to dry storage at the INL, including retrieval of thousands of spent nuclear assemblies from wet storage basins and canals to dry storage facilities at the INL site, specifically facilities at the Idaho Nuclear Technology and Engineering Center ("INTEC"), the Naval Reactors Facility, and the Materials and Fuels Complex ("MFC")).

7. All records from January 1, 2020 to the present regarding the costs incurred and/or paid by DOE to contractors concerning planning for repackaging Fort St. Vrain spent nuclear fuel into standardized canisters at the INL. Such costs include but are not limited to costs for planning; standard canisters and standard canister design; and casks, including transportation casks.

8. The 1995 Idaho Settlement Agreement ("ISA") between the DoE, the U.S. Navy, and the State of Idaho related to the cleanup and disposition of spent nuclear fuel at the INL site, including but not limited to any exhibits, appendices, modifications, and/or amendments.

9. All records from January 1, 2020 to the present regarding the DoE payments under the ISA, including but not limited to payments for the spent nuclear fuel, casks/containers, and the INL facilities, along with any delay and/or escalation payments.

10. All records from January 1, 2020 to the present regarding the DoE projected future expenses under the ISA, including but not limited to any formal or informal reports, memoranda, summaries, calculations, estimates, proposals, and/or budgetary documents.

**Communications Between DoE and Congress**

11. All communications (e.g., emails, testimony, appropriations requests) between the DoE and the U.S. Congress from January 1, 2020 to the present related to requested appropriations, budgetary documents, costs, and pricing for Fort St. Vrain and/or the INL. Such documents include but are not limited to communications concerning fuel storage containers, canisters, and casks; insurance; NRC and other regulatory fees; operations and maintenance activities; aging management; security; and delays or rework experienced by the contractor(s) or vendor(s).

We are willing and able to pay all reasonable and applicable fees in connection with this request as required under statute and regulation. We request prior notice only if you determine that such costs will exceed $1,000.

Please feel free to contact me by phone (202-777-8953) or by email (lhimes@rjo.com) if you have any questions about this request or need further information.

Best regards,

Lisa N. Himes

Lisa N. Himes