# EXHIBIT B



# Department of Energy
Washington, DC 20585

May 22, 2024

Lisa Himes
1500 K Street, NW, Suite 800
Washington, D.C., 20005

Via email: lhimes@rjo.com

Re: HQ-2024-01955-F

Dear Lisa Himes:

This is an interim response to the request for information that you sent to the Department of Energy (DOE) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. You requested the following:

> 1. All records from January 1, 2020 to the present regarding the costs incurred and/or paid by the U.S. Department of Energy ("DoE") to CH2M-WG Idaho, LLC ("CWI") and other contractors for spent nuclear fuel storage and management at the Fort St. Vrain Independent Spent Fuel Storage Installation ("ISFSI") (hereinafter "Fort St. Vrain ISFSI") located near Platteville, Colorado.
>
> Such costs include but are not limited to costs for fuel storage containers, canisters, and casks, including transportation casks (e.g., TN-FSV transportation casks); insurance; planning for the transport of the remaining spent nuclear fuel from the Fort St. Vrain ISFSI to the Idaho National Laboratory ("INL"); Nuclear Regulatory Commission ("NRC") and other regulatory fees; ISFSI operations and maintenance activities; aging management; security; and any costs incurred for delays or rework experienced by the contractor(s) or vendor(s).
>
> 2. The Fort St. Vrain Settlement Agreement entered into on or about February 9, 1996 between the DoE and the Public Service of Colorado ("PSC") (hereinafter "Fort St. Vrain Settlement Agreement") related to the DoE taking title to the spent nuclear fuel, spent nuclear fuel casks/containers, and the Fort St. Vrain ISFSI, including but not limited to any exhibits, appendices, modifications, and/or amendments.
>
> 3. All records from January 1, 2020 to the present regarding the DoE payments to the PSC under the Fort St. Vrain Settlement Agreement, including but not limited to payments for the spent nuclear fuel, casks/containers, and the Fort St. Vrain ISFSI, along with any delay and/or escalation payments.
>
> 4. All records from January 1, 2020 to the present regarding the DoE projected future expenses under the Fort St. Vrain Settlement Agreement, including but not



limited to any formal or informal reports, memoranda, summaries, calculations, estimates, proposals, and/or budgetary documents.

5. All records from January 1, 2020 to the present regarding the costs incurred and/or paid by the DoE to contractors for spent nuclear fuel storage and management at the INL. Such costs include but are not limited to costs for fuel storage containers, canisters, and casks, including transportation casks (e.g., TN-FSV transportation casks); insurance; NRC and other regulatory fees; DOE/contractor oversight activities not regulated by the NRC; operations and maintenance activities; aging management; security; and any costs incurred for delays or rework experienced by the contractor(s) or vendor(s).

6. All records from January 1, 2020 to the present regarding the transfer of spent nuclear fuel from wet storage to dry storage at the INL, including retrieval of thousands of spent nuclear assemblies from wet storage basins and canals to dry storage facilities at the INL site, specifically facilities at the Idaho Nuclear Technology and Engineering Center ("INTEC"), the Naval Reactors Facility, and the Materials and Fuels Complex ("MFC")).

7. All records from January 1, 2020 to the present regarding the costs incurred and/or paid by DOE to contractors concerning planning for repackaging Fort St. Vrain spent nuclear fuel into standardized canisters at the INL. Such costs include but are not limited to costs for planning; standard canisters and standard canister design; and casks, including transportation casks.

8. The 1995 Idaho Settlement Agreement ("ISA") between the DoE, the U.S. Navy, and the State of Idaho related to the cleanup and disposition of spent nuclear fuel at the INL site, (Review corresponded log for remainder of the description)

Any records which may be responsive to your request are under the jurisdiction of DOE's Idaho Operations Office (ID). For this reason, I have partially transferred the request to ID to conduct a search of its files for responsive records and provide you with a response.

If you have questions about the processing of your request under ID, you may contact Ms. Anna M. Christensen, FOIA officer at that location, at Christam@id.doe.gov, at 208-526-9313, or by mail at U.S. Department of Energy, 1955 Fremont Ave., MS 1203, Idaho Falls, Idaho 83401.

The portion of your request regarding the Office of Environmental Management, has been assigned to DOE's Office of Environmental Management (EM). Upon completion of the search and review of any responsive records located, you will be provided a response.

In your request you agreed to pay up to $100.00 for the processing of your request. For purposes of assessment of any fees, you have been categorized under the DOE regulation that implements the FOIA at Title 10, Code of Federal Regulations (CFR), Section 1004.9(b)(1), as a "commercial" requestor. Requestors in this category are charged fees for search, review, and duplication associated with the request.

You may contact DOE's FOIA Public Liaison, Alexander Morris, FOIA Officer, Office of Public Information, at FOIA-Central@hq.doe.gov, or by mail at MA-46/Forrestal Building 1000 Independence Avenue, S.W. Washington, D.C. 20585 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Please refer to the above referenced number in any communications about the request. If you have any questions about the processing of your request, you may contact Jorge Melendez, or myself, in this office at MA-46/Forrestal Building, 1000 Independence Avenue, SW, Washington, DC 20585, or at FOIA-Central@hq.doe.gov.

I appreciate the opportunity to assist you with this matter.

Sincerely,

Alexander C. Morris
FOIA Officer
Office of Public Information